

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| DAVID PAUL HEALY, | § | No. 08-17-00027-CV |
| Appellant, | § | Appeal from the |
| v. | § | 352nd District Court |
| SIMONE BARRON, | § | of Tarrant County, Texas |
| Appellee. | § | (TC# 352-286480-16) |
| | § | |

## **O R D E R**

The Court GRANTS the Appellee's motion to extend time to file the brief filed by Wally Yammine on behalf of Simone Barron, deceased, until March 18, 2022, but only if a legally authorized representative of the estate has consented to the appearance of counsel. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

Furthermore, the parties and Mr. Yammine are instructed to inform the Court, within 15 days, (1) whether an estate has been opened for Appellee and (2) if so, provide the identity of the executor.

IT IS SO ORDERED this 16th day of February, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.